District Court Of Appeal Of The State Of Florida

Fourth District

**BADI BURGOS,**

Appellant,

v.

**STATE OF FLORIDA,**

Appellee.

No. 4D15-160

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 10-9319CF10A.

James S. Lewis, Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

Per Curiam.

*Affirmed.*

Gross, May and Forst, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***